# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:10-cv-02484-JHN-PJWx | Date | April 29, 2010 |
|---|---|---|---|
| Title | Cecelia Mitchell v. Accredited Home Lenders Holding Company et al | | |

| Present: The Honorable | JACQUELINE H. NGUYEN | | |
|---|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:** ORDER TO SHOW CAUSE REGARDING DISMISSAL FOR LACK OF SUBJECT MATTER JURISDICTION (In Chambers)

On April 6, 2010, Plaintiff filed a complaint alleging fraudulent conduct on the part of her lender related to her mortgage. The causes of action are for 1) Illegal conversion; 2) Conspiracy to Commit Fraud; 3) Fraud; 4) Contractual Fraud 5) Quiet Title. Plaintiff alleges that these common law fraud allegations are properly before this federal court by asserting violations of 18 U.S.C. § 1001. This statute, however, does not confer jurisdiction in this instance. "Section 1001 . . . establishes *criminal penalties* for anyone who, in a matter within the jurisdiction of a federal agency, 'falsifies, conceals or covers up' a material fact, 'makes any false, fictitious or fraudulent statements,' or 'makes or uses any false writing.' 18 U.S.C. § 1001." *U.S. v. Mayberry*, 913 F.2d 719, 721 (9th Cir. 1990) (emphasis added).

"[I]n order for a state law claim to provide a basis for federal jurisdiction, the state claim must 'turn on substantial questions of federal law,' and 'really and substantially involv[e] a dispute or controversy respecting the validity, construction or effect of [federal] law.'" *Williston Basin Interstate Pipeline Co. v. An Exclusive Gas Storage Leasehold and Easement in the Cloverly Subterranean, Geological Formation*, 524 F.3d 1090, 1102 (9th Cir. 2008) (quoting *Grable & Sons Metal Prods., Inc. v. Darue Eng'g & Mfg.*, 545 U.S. 308, 312, 125 S. Ct. 2363, 162 L.Ed.2d 257 (2005)). Plaintiff is a *pro se* litigant, so although it appears from the Complaint that there is no federal jurisdiction, the Court will give Plaintiff until **May 20, 2010** to show cause, in writing, why this matter should not be dismissed for lack of subject matter jurisdiction. Failure to respond by this date will result in this matter being DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION.

**IT IS SO ORDERED.**

| | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:10-cv-02484-JHN-PJWx | Date | April 29, 2010 |
| Title | Cecelia Mitchell v. Accredited Home Lenders Holding Company et al | | |